MARGARET ROSENTHAL (SBN 147501)
mrosenthal@bakerlaw.com
SABRINA L. SHADI (SBN 205405)
sshadi@bakerlaw.com
MATTHEW I. BOBB (SBN 253308)
mbobb@bakerlaw.com
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  310.820.8800
Facsimile:  310.820.8859

*Attorneys for Defendants*
*HMS HOST USA, INC. and HOST INTERNATIONAL, INC.*

CORY G. LEE (SBN 216921)
CoryLee@InitiativeLegal.com
INITIATIVE LEGAL GROUP APC
1800 Century Park East, Mezzanine Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

MATTHEW T. THERIAULT (SBN 244037)
Matthew.Theriault@CapstoneLawyers.com
MIRIAM L. SCHIMMEL (SBN 185089)
Miriam.Schimmel@CapstoneLawyers.com
KATHERINE DEN BLEYKER (SBN 257187)
Katherine.DenBleyker@CapstoneLawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

*Attorneys for Plaintiff*
*SANDRIKA MEDLOCK*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"), <br><br> Plaintiff, <br><br> vs. <br><br> HMS HOST USA, INC., a Delaware Corporation, HOST INTERNATIONAL, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:  CV F 12-2024 JLT <br><br> Hon. Jennifer L. Thurston <br><br> ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ*. <br><br> **ORDER RE: STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE** |

**ORDER**

The Court has read and considered the parties' Stipulation to Continue Trial Setting Conference, the pleadings and papers on file herein, and any oral argument by counsel.

**GOOD CAUSE APPEARING,** the Trial Setting Conference set for March 26, 2013 is now continued until **April 1, 2013 at 10:00 a.m.**  The parties shall file a joint statement setting for their available trial dates one week prior to the new Trial Setting Conference date.

IT IS SO ORDERED.

Dated:   **March 21, 2013**              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE