| | |
|---|---|
| MARGARET ROSENTHAL (SBN 147501)<br>mrosenthal@bakerlaw.com<br>SABRINA L. SHADI (SBN 205405)<br>sshadi@bakerlaw.com<br>MATTHEW I. BOBB (SBN 253308)<br>mbobb@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, California  90025-7120<br>Telephone:   310.820.8800<br>Facsimile:    310.820.8859<br><br>*Attorneys for Defendants*<br>*HMS HOST USA, INC. and HOST INTERNATIONAL, INC.* | CORY G. LEE (SBN 216921)<br>CoryLee@InitiativeLegal.com<br>INITIATIVE LEGAL GROUP APC<br>1800 Century Park East, Mezzanine Floor<br>Los Angeles, California 90067<br>Telephone:  (310) 556-5637<br>Facsimile:   (310) 861-9051<br><br>MATTHEW T. THERIAULT (SBN 244037)<br>Matthew.Theriault@CapstoneLawyers.com<br>MIRIAM L. SCHIMMEL (SBN 185089)<br>Miriam.Schimmel@CapstoneLawyers.com<br>KATHERINE DEN BLEYKER (SBN 257187)<br>Katherine.DenBleyker@CapstoneLawyers.com<br>CAPSTONE LAW APC<br>1840 Century Park East, Suite 450<br>Los Angeles, CA 90067<br>Telephone:  (310) 556-4811<br>Facsimile:   (310) 943-0396<br><br>*Attorneys for Plaintiff*<br>*SANDRIKA MEDLOCK* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>             Plaintiff,<br><br>      vs.<br><br>HMS HOST USA, INC., a Delaware Corporation, HOST INTERNATIONAL, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.:  CV F 12-2024 JLT<br><br>Hon. Jennifer L. Thurston<br><br>ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ*.<br><br>**ORDER RE: STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE** |

**ORDER**

The Court has read and considered the parties' Stipulation to Continue Trial Setting Conference, the pleadings and papers on file herein, and any oral argument by counsel.

**GOOD CAUSE APPEARING,** the Trial Setting Conference set for March 26, 2013 is now continued until **April 1, 2013 at 10:00 a.m.**  The parties shall file a joint statement setting for their available trial dates one week prior to the new Trial Setting Conference date.

IT IS SO ORDERED.

Dated:   **March 21, 2013**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE