**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRIKA MEDLOCK, | ) Case No.: 1:12-cv-02024 JLT |
| Plaintiff, | )<br>) ORDER AFTER TRIAL SETTING CONFERENCE |
| v. | )<br>) |
| HOST INTERNATIONAL INC., et al., | )<br>) |
| Defendants. | )<br>) |
| | ) |

On April 1, 2013, the Court held the trial setting conference.  (Doc. 170)  At that time the Court **ORDERED**:

      1.     A bench trial is set on **October 9, 2013** at 8:30 a.m., in Courtroom 6, Robert E Coyle Federal Courthouse, Fresno, CA;

      2.     A hearing on motions in limine (Docs. 143, 145[1]) is set on **May 17, 2013** at 10:00 a.m., United States Courthouse, 510, 19th Street, Bakersfield, CA;

           a.     Any further trial motions may be filed no later than **April 12, 2013**;

           b.     Oppositions SHALL be filed no later than **April 26, 2013**;

///

///

///

---

[1] Counsel agreed that the motions related to experts will be deferred until completion of the depositions of these witnesses.

1

1          c.        Replies to the current motions and any additional motions may be filed no later

2  than **May 3, 2013.**

3

4  IT IS SO ORDERED.

5     Dated:   __**April 2, 2013**__                __**/s/ Jennifer L. Thurston**__

6                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28