**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRIKA MEDLOCK, | Case No.: 1:12-cv-02024 JLT |
| Plaintiff, | ORDER AFTER TRIAL SETTING CONFERENCE |
| v. | |
| HOST INTERNATIONAL INC., et al., | |
| Defendants. | |

On April 1, 2013, the Court held the trial setting conference. (Doc. 170) At that time the Court **ORDERED**:

1. A bench trial is set on **October 9, 2013** at 8:30 a.m., in Courtroom 6, Robert E Coyle Federal Courthouse, Fresno, CA;

2. A hearing on motions in limine (Docs. 143, 145[1]) is set on **May 17, 2013** at 10:00 a.m., United States Courthouse, 510, 19th Street, Bakersfield, CA;

    a. Any further trial motions may be filed no later than **April 12, 2013**;

    b. Oppositions SHALL be filed no later than **April 26, 2013**;

///

///

///

---

[1] Counsel agreed that the motions related to experts will be deferred until completion of the depositions of these witnesses.

1

c. Replies to the current motions and any additional motions may be filed no later than **May 3, 2013.**

IT IS SO ORDERED.

Dated:   **April 2, 2013**               /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE