**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRIKA MEDLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>HOST INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No.: 1:12-cv-02024-JLT<br><br>ORDER VACATING ALL DATES, INCLUDING TRIAL |

On August 21, 2013, the Court held an informal teleconference, at the parties' request. Counsel informed the Court they are scheduled to participate in mediation with a mediator provided by the Ninth Circuit Court of Appeals. They are currently involved in litigation in that Court in a related matter and, in fact, report that the mediation will address a global settlement of all of the related cases; ten in total. The mediation is scheduled for August 28, 2013. In order to allow the parties to complete this mediation effort without the need to expend resources to prepare for trial, counsel request the trial date be vacated.

Good cause appearing, the Court **ORDERS**:

1. All pending dates, including the trial date, are **VACATED**;

///

///

///

1

2. **No later than September 13, 2013**, counsel **SHALL** file a joint status report setting forth the results of the mediation, whether the matter has settled or whether negotiations are ongoing or whether the matter will not settle and proposing dates for trial.

IT IS SO ORDERED.

Dated:   **August 21, 2013**                                  /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE