UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>HOST INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No.: 1:12-cv-02024-JLT<br><br>ORDER GRANTING STIPULATION TO DIMISS DEFENDANT HMS HOST USA, INC.<br><br>(Doc. 194) |

The Court considered Plaintiff Sandrika Medlock and Defendants HMS Host USA, Inc. and Host International, Inc.'s ("Defendants") Stipulation dismissing without prejudice Defendant HMS Host USA, Inc.

Good cause appearing, the Court **ORDERS**:

1.     Defendant HMS Host USA, Inc. is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **August 26, 2013**              /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

1