UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>HOST INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No.: 1:12-cv-02024-JLT<br><br>ORDER TO FILE JOINT STATEMENT |

On August 21, 2013, the Court held an informal teleconference, at the parties' request. Counsel informed the Court they are scheduled to participate in mediation with a mediator provided by the Ninth Circuit Court of Appeals. On September 13, 2013, the parties reported they were making progress in settling this case the other nine. They request 90 days in which to finalize settlement discussions. Good cause appearing, the Court **ORDERS**:

   1.    **No later than December 13, 2013**, counsel **SHALL** file a joint status report setting forth the results of the settlement effort and, if the matter will not settle, proposing dates for trial.

IT IS SO ORDERED.

   Dated:   **October 1, 2013**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

1