# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK, <br><br>  Plaintiff, <br><br>  v. <br><br> HOST INTERNATIONAL, INC., et al., <br><br>  Defendants. | Case No.: 1:12-cv-02024-JLT <br><br> ORDER STAYING THE ACTION AND REQUIRING JOINT STATUS REPORTS |

On December 11, 2013, the parties reported that they had achieved settlement of this matter and nine other, similar matters. (Doc. 202 at 2) However, the settlement is conditioned the approval of the class claims in one of the related matters, pending in the San Bernardino Superior Court ("the Washington Action.") Id. Therefore, the Court **ORDERS**:

  1. The matter is **STAYED**;

  2. **Every 60 days,** counsel **SHALL** file a joint status report setting forth the status of the settlement of the Washington Action, any further impediments toward settling this matter and the amount of time needed to file their stipulated request for dismissal.

IT IS SO ORDERED.

Dated:  **December 12, 2013**         /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE

1