IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIKA MEDLOCK et al., ) | Case No.: 12-cv-02024-JLT |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. ) | |
| ) | |
| HMS HOST USA, INC., et al., ) | (Doc. 211) |
| ) | |
| Defendants. ) | |

The Court, having reviewed the parties' Joint Status Report and Request for Dismissal of Action With Prejudice, and finding that good cause has been shown, hereby orders that the above-captioned action is **DISMISSED**, in its entirety, **WITH PREJUDICE.**

IT IS SO ORDERED.

Dated:   **August 13, 2014**            /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE